AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

ALB:ss

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Yahoo!
701 First Avenue, Sunnyvale, California 94089
Phone: 408-349-5400
E-mail: lawenforcement-request-delivery@yahoo-inc.com

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Long Island Federal Courthouse<br>Eastern District of New York<br>610 Federal Plaza<br>Central Islip, New York 11722 | Date and Time:<br>Tuesday, May 5, 2015 at 10:00AM |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*: Please see attachment.



YOU MAY COMPLY WITH THIS SUBPOENA BY PROVIDING THE REQUESTED DOCUMENTS TO SPECIAL AGENT STEVEN TROYD OF THE FEDERAL BUREAU OF INVESTIGATION, 135 PINELAWN ROAD, SUITE 350S, MELVILLE, NEW YORK 11747, WHO CAN BE REACHED AT (917) 662-9973.

PLEASE DO NOT DISCLOSE THE EXISTENCE OF THIS SUBPOENA, AS DISCLOSURE MAY IMPEDE AN ONGOING CRIMINAL INVESTIGATION.

Date: 05/04/2015

**DOUGLAS C. PALMER**
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:

Allen L. Bode, Assistant U.S. Attorney
United States Attorney's Office
610 Federal Plaza
Central Islip, New York 11722
(631) 715-7828 | allen.bode@usdoj.gov

AO 110 (Rev. 06/09) Subpoena to Testify Before Grand Jury (Page 2)

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                            *Server's signature*

                                                         _____
                                                            *Printed name and title*

                                                         _____
                                                            *Server's address*

Additional information regarding attempted service, etc: